Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue   Lubbock, TX 79424
(806) 748-1980 Phone    (806) 748-1956 Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

DAVID ALAN SMITH

CASE NO. 13-70236-HDH-13

| AKA1: | AKA2: |
|---|---|
| DBA1: | DBA2: |
| SS#1:  xxx-xx- 5200 | SS#2: |

## REPORT OF 341 MEETING

I. 341 MEETING REPORT:

   A. Orig. Date:   7/29/2013    Orig. Time:    1:00 PM          Reset Date:              Reset Time:

   B. Meeting Results:      Adjourned

   C. Debtor(s):    Debtor 1 Appeared

   D. Attorney for Debtor(s):     Appeared

   E. Creditor Appearance:    none

   F. Amount Paid to the Trustee as of        7/29/2013    $274.00        First Payment Due Date:        7/25/2013

   G. File Trustee's Motion to Dismiss because

   H. B22C Information:       B22C Form is:       Complete

       Budgeted Income:    $2,476.37    Expense:    $2,202.37    Surplus:    $274.00

       Plan Payment:    $274.00  Monthly                                 Plan Term(Months):    39

   I. Value of Non-Exempt Property:        $0.00   Proposed Amount to Unsecured Creditors:        $0.00

       Objection to Exemption of:

    X    Repeat Filing (If case dismissed, it should be with prejudice)  Previous Case Numbers:    03-70432

       Object to Invoke Stay Pleading

       Case Converted from Chapter 7, Bar Date Set:    10/28/2013   Date Converted from Chapter 7:

   J. Required Information:    good thank you

   K. Business Information:

   L. Object to Confirmation:     No

   M. Financial Management Class:    Debtor 1 Appeared

   N. Eligibility:

       Certificate of Credit Counseling Filed:    Debtor 1 Only

       Credit Counseling Provider Approved:                Yes

       Debt Limits Exceeded (Secured-$1,081,400; Unsecured-$360,475):        No

   O. Domestic Support Obligation:        $0.00    Current:            Arrears:        $0.00

       Affidavit and Disclosure of Domestic Support Obligations Received:   Yes

   P. Remarks:    1st pmt of $274 received 7/22/13, due 25th, ww
           confirmation hearing 8/21/13

Dated:    7/29/2013                                          /s/ Walter O'Cheskey

                                   Standing Bankruptcy Trustee
                                   By:      Angela Gonzales

| Case Number: | | 13-70236 | | | | |
|---|---|---|---|---|---|---|
| Debtor: | | SMITH | | | | |
| Attorney: | | MJW | | | | |
| Presiding Officer: | | Angela | | | | |
| Calculation Date: | | | | | | 7/29/2013 12:50 |

| Domestic Support   Input name from Plan | Arrears Enter amount from Plan | Int. Rate Enter from Plan | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Secured Creditor/Collateral Input name from Plan | Value/Claim Amount Enter amount from Plan | Int. Rate Enter from Plan | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| TCCU | $4,652.96 | 6.00% | 39 | $131.61 | $5,132.94 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Priority Creditor       Input name from Plan | Value/Claim Amount Enter amount from Plan | | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |

| Attorney Fees          Paid Through the Plan | $3,176.00 | | | | $3,176.00 |
|---|---|---|---|---|---|
| Noticing Fees | $49.92 | | | | $49.92 |
| Clerk Filing Fees | | | | | $0.00 |

| Hardacre Minimum | $0.00 | <-------------- | | | |
|---|---|---|---|---|---|
| Chapter 7 Minimum (Gross) | | | | | |
| Less Trustee Fees | $0.00 | | | | |
| Less Attorney Fees | $3,176.00 | | | | |
| Less Noticing Fees | $49.92 | Greater Of --------> | | | $0.00 |
| Less Clerk Filing Fees | $0.00 | | | | |
| Less Scheduled Priority Claims | $0.00 | | | | |
| Less Other (Explain Below) | $0.00 | | | | |
| Chapter 7 Minimum (Net) | $0.00 | <-------------- | | | |
| | | | | | |
| Total Scheduled General Unsecured Claims (Limits Greater of Hardacre or Chapter 7 Minimum) | | | | | $10,818.00 |

| Calculated Base (Admin, Secured, Priority, DSO, Lower of Minimum or Sched U/S & Trustee Fee) | $9,282.08 |
|---|---|
| Debtor Plan Base (Monthly Payment X Term) | $10,686.00 |
| Surplus (Debtor Plan Base - Calculated Base) | $1,403.92 |

| Comments: |
|---|

| Case Number: | 0 |
|---|---|
| Debtor: | 0 |
| Attorney: | 0 |
| Presiding Officer: | 0 |
| Calculation Date: | 7/29/2013 12:50 |

| | | |
|---|---|---|
| Schedule I Gross Income | | |
| Less Line 57 B22C | | $0.00 |
| | | |
| Adjustments (Enter as positive to add, negative to subtract) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Month Disposable Income Available | | $0.00 |
| Multiplier | | 1 |
| Minimum to Unsecureds | | $0.00 |

**Comments:**